Lewis P. Adams (7123)
**LEWIS ADAMS & ASSOCIATES**
9231 South Redwood Road
West Jordan, Utah 84088
(801) 676-1950
*lewis@lewisadams.com*
*Attorney for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re ) | CHAPTER 13 |
| ) | |
| MARK GARZA, AND ) | No.   13-30827 |
| MOLLY GARZA, ) | |
| ) | Judge   JOEL T. MARKER |
| Debtors | |

**NOTICE OF CONTINUED CHAPTER 13 PLAN CONFIRMATION AND
NOTICE OF OPPORTUNITY FOR HEARING**

(Objection Deadline: <u>not applicable</u>)

**PLEASE TAKE NOTICE** that Debtors' have filed with the United States Bankruptcy Court for the District of Utah an Ex Parte Motion to Continue Confirmation Hearing on February 4, 2014. The Bankruptcy Court has granted the Ex Parte Motion to Continue Confirmation Hearing and has set a date for an opportunity for hearing.

<u>**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have attorney, you may wish to consult one.**</u>

The Chapter 13 Plan confirmation hearing scheduled for February 4, 2014, is continued to **April 29, 2014.**

NO HEARING WILL BE CONDUCTED ON THE CONTINUED CONFIRMATION

OF THE PLAN IF THERE ARE NO WRITTEN OBJECTIONS FILED WITH THE CLERK OF THE COURT.

The hearing is scheduled for **April 29, 2014, at 10:00 am.**, in Courtroom **341,** United States Bankruptcy Court, 350 South Main, Salt Lake City, Utah, 84101. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of any objection.

DATED this __ day of January, 2014.

/s/ Lewis P. Adams
Lewis P. Adams
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served by ECF (as noted below), or addressed to the following persons, deposited in the U.S. Mail, first class, postage fully pre-paid on the __ day of January 2014 to the following:

Kevin R. Anderson, Esq.
Chapter 13 Trustee
(ECF Notification)

/s/ Lewis P. Adams
Lewis P. Adams
Attorney for Debtors

```
Label Matrix for local noticing          Lewis Adams                              Kevin R. Anderson tr
1088-2                                   Lewis Adams & Associates                 405 South Main Street
Case 13-30827                            9231 South Redwood Road                  Suite 600
District of Utah                         West Jordan, UT 84088-6570               Salt Lake City, UT 84111-3408
Salt Lake City
Wed Jan 29 12:02:17 MST 2014

Atlas Machinery                          Barclays Bank Delaware                   Chase
1090 West 2180 North                     Attn: Bankruptcy                         Po Box 15298
Salt Lake City, UT 84116-2374            P.O. Box 8801                            Wilmington, DE 19850-5298
                                         Wilmington, DE 19899-8801


City Ntl Bk/Ocwen Loan Service           Edwin B. Parry, Attorney at Law          First National Bank
Attn: Bankruptcy                         PO Box 25727                             Attn: FNN Legal Dept
P.O. Box 24738                           Salt Lake City, UT 84125-0727            1620 Dodge St., Stop Code 3290
West Palm Beach, FL 33416-4738                                                    Omaha, NE 68197-0002


GC Service Limited Partnership           Mark Garza                               Molly Garza
Collection Agency Division               5008 South Marilyn Drive                 5008 South Marilyn Drive
6330 Gulfton                             Salt Lake City, UT 84117-6213            Salt Lake City, UT 84117-6213
Houston, TX 77081-1108


Halliday, Watkins, & Mann, P.C.          InSolve Recovery, LLC, as assignee of GE Cap   Intermountain Health Care, Inc
Attorneys at Law                         c/o Capital Recovery Group, LLC                PO BOX 27808
376 East 400 South, Suite 300            1790 E. River Road, Ste. 101                   Salt Lake City, UT 84127-0808
Salt Lake City, UT 84111-2906            Tucson, AZ 85718-5958


Internal Revenue Service                 Kirk A. Cullimore                        Benjamin J. Mann
CENTRALIZED INSOLVENCY OPERATIONS        P.O. Box 65655                           Halliday and Watkins, P.C.
PO BOX 7346                              Salt Lake City, UT 84165-0655            376 East 400 South
Philadelphia, PA 19101-7346                                                       Suite 300
                                                                                  Salt Lake City, UT 84111-2906


Mountainland Collectio                   NACM                                     Nations Recovery Center, Inc
Po Box 1280                              7410 South Creek Road, Ste 301           6491 Peachtree Industrial Blvd
American Fork, UT 84003-6280             Sandy, UT 84093-6151                     Atlanta, GA 30360-2100


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Rc Willey Home Furnishings               Nichlas P. Spallas
PO BOX 41067                             Attn: Bankruptcy                         CAPITAL RECOVERY GROUP, LLC
NORFOLK VA 23541-1067                    Po Box 65320                             1790 E. RIVER RD.
                                         Salt Lake City, UT 84165-0320            Suite 101
                                                                                  Tucson, AZ 85718-5958


St. Mark's Hospital                      Transworld Systems                       United States Trustee
PO Box 99400                             7050 South Union Park Center #575        Ken Garff Bldg.
Louisville, KY 40269-0400                Midvale, UT 84047-4174                   405 South Main Street
                                                                                  Suite 300
                                                                                  Salt Lake City, UT 84111-3402


Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AT& T

(d)InSolve Recovery, LLC, as assignee of GE C
c/o Capital Recovery Group, LLC
1790 E. River Road, Ste. 101
Tucson, AZ 85718-5958

(u)Morseconsult

(u)Wells Fargo Bank, N.A., as Trustee for ABF

End of Label Matrix
Mailable recipients    27
Bypassed recipients     4
Total                  31